IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-0165-RBJ | Date: | January 9, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Katrina Devine |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1.  EDWIN MCQUEEN<br>    **Defendant(s)** | *David A. Tonini*<br><br><br><br>*Douglas I. Richards* |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**Court in session:** 1:00 p.m.

Appearances of counsel.  Defendant present on bond

Argument given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on October 8, 2013, to Count One of the Information.

**ORDERED:** Defendant is sentenced to **probation** for **1 year,** okay to transfer supervision to Louisville, Kentucky**.**

**ORDERED:** **Conditions** of Probation that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.

    (**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

    (**X**)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervision and two periodic tests two periodic drug tests thereafter.

    (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Probation that:

    (**X**)    Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the term of supervision and shall pay the cost of treatment as directed by the probation officer.

    (**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

    (**X**)    The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

    (X)    It is within the probation department's discretion on whether or not the defendant may travel within the first 60 days of supervision.

**ORDERED:** Defendant shall pay a **fine** of $2500, payments to be coordinated through probation.

Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** **[31] Motion for Return of Property is GRANTED. The Clerk of the Court is to release the defendant's passport to the defendant or counsel for the defendant.**

**[33] United States' Motion to Dismiss the Indictment at Sentencing is GRANTED.**

**Court in recess:** 1:47 p.m.        Hearing concluded.        Total time:    00:47